No. 86–108. HILTON, SUPERINTENDENT, NEW JERSEY STATE PRISON, ET AL. *v.* BRAUNSKILL. C. A. 3d Cir. [Certiorari granted, *ante,* p. 881.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 86–231. PENSION BENEFIT GUARANTY CORPORATION *v.* YAHN & MCDONNELL, INC., ET AL.; and

No. 86–253. UNITED RETAIL & WHOLESALE EMPLOYEES TEAMSTERS UNION LOCAL NO. 115 PENSION PLAN ET AL. *v.* YAHN & MCDONNELL, INC., ET AL. C. A. 3d Cir. [Probable jurisdiction noted, *ante,* p. 982.] Motion of appellants to dispense with printing the joint appendix granted. JUSTICE WHITE took no part in the consideration or decision of this motion.

No. 86–234. MCNALLY *v.* UNITED STATES; and

No. 86–286. GRAY *v.* UNITED STATES. C. A. 6th Cir. [Certiorari granted, *ante,* p. 1005.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 86–260. SOUTH DAKOTA *v.* DOLE, SECRETARY OF TRANSPORTATION. C. A. 8th Cir. [Certiorari granted, *ante,* p. 982.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 86–322. CRAWFORD FITTING CO. ET AL. *v.* J. T. GIBBONS, INC.; and

No. 86–328. CHAMPION INTERNATIONAL CORP. *v.* INTERNATIONAL WOODWORKERS OF AMERICA, AFL–CIO, CLC, ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 983.] Motions of petitioners to dispense with printing the joint appendix granted.

No. 86–337. BURLINGTON NORTHERN RAILROAD CO. *v.* OKLAHOMA TAX COMMISSION ET AL. C. A. 10th Cir. [Certiorari granted, *ante,* p. 913.] Motions of Association of American Railroads and American Bus Association for leave to file briefs as *amici curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.